# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IOWA PLAYHOUSE, RONALD BERGERON and MICHAEL BERGERON,<br><br>Defendants. | CA NO. 1:20-CV-00027-SMR-CFB |

### PLAINTIFF'S MOTION FOR NOTICE
### TO BE ISSUED TO SIMILARLY SITUATED
### INDIVIDUALS PURSUANT TO 29 U.S.C. § 216(b)

Plaintiff Andrea Grove has brought this collective action on behalf of herself and all other similarly situated individuals who have worked as exotic dancers at Iowa Playhouse ("Defendant" or "Playhouse") strip club, seeking to recover unpaid wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*.[1] Plaintiff Grove asserts that she and other exotic dancers working for Playhouse were all subject to the same rules and policies imposed by the Defendants, and were misclassified as independent contractors when they were, in fact, employees of Playhouse as a matter of economic reality, and thus subject to the protections of the FLSA, and, as a result, Defendants failed to pay dancers working at Playhouse the minimum wage in violation of the FLSA. Plaintiff now seeks, pursuant to 29 U.S.C. § 216(b), permission to issue notice to all

---

[1] Plaintiff has also brought an individual retaliation claim under the FLSA, as well as claims under Fed. R. Civ. P. 23 for violations of Iowa state law based on the various fees and fines which Defendant required the dancers to pay. These claims are not at issue for purposes of this motion.

1

dancers who have worked at Playhouse during the last three years in order to advise potential opt-in plaintiffs that this lawsuit is pending and to enable them to decide whether to join the lawsuit.

DATED:     October 1, 2020          Respectfully submitted,

Andrea Grove, on behalf of herself
and all others similarly situated,

By her attorneys,


/s/ Olena Savytska
Harold Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com


Nate Willems
Rush & Nicholson P.L.C.
P.O. Box 637
Cedar Rapids, IA 52406
Tel: 319-363-5209
 Fax: 319-363-6664
Email:  nate@rushnicholson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1 day of October, 2020, a copy of the foregoing motion and all exhibits was filed electronically through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

                                      /s/ Olena Savytska
                                      Olena Savytska, Esq.