# Exhibit A

**COURT-AUTHORIZED NOTICE OF YOUR RIGHT TO "OPT-IN" TO CLAIMS BROUGHT UNDER THE FLSA AGAINST IOWA PLAYHOUSE**

Grove v. Iowa Playhouse
United States District Court for the Southern District of Iowa
Civil Action No. 1:20-cv-00027-SMR-CFB

[*DATE*], 2020

Dear current or former dancer at Iowa Playhouse:

Enclosed is a consent form allowing you to "opt-in" to participate in a case that has been filed by another dancer at Iowa Playhouse in Council Bluffs, Iowa, under state and federal wage law. The federal claims in this case have been brought on behalf of anyone who has worked as a dancer at Iowa Playhouse during the last three years. **This is a court-authorized notice.**

If you worked as a dancer at Iowa Playhouse at any time since August 13, 2017, you are eligible to participate in this case. To participate and obtain a portion of any judgment or settlement that may be entered in the dancers' favor under federal law, you must complete and return this consent form to the address below by **no later than [Ninety days after notice mailing], 2020.**

In this lawsuit, the Plaintiff alleges that the Defendants, Iowa Playhouse, Ronald Bergeron and Michael Bergeron, violated the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, because they misclassified the club's dancers as independent contractors instead of as employees and failed to pay them the federal minimum wage.

The Defendants deny that they violated the FLSA, and contend that dancers at Iowa Playhouse are properly classified as independent contractors rather than employees and are not owed any wages under the FLSA.

The case is in an early stage, and there has not been a decision by the court as to whether the Plaintiff's position or the Defendants' position is the correct one. There has also not been any settlement reached. If you do not return the enclosed consent form by **[Ninety days after notice mailing], 2020,** you will not be considered part of the federal wage claims in this case and will be unable to receive a share of any settlement or judgment that the Plaintiff may obtain under federal law. If you do participate in the case, you will be bound by any ruling entered by the court or settlement reached by the parties.

The Plaintiff who initiated this case will work with us to make decisions regarding the progress of this litigation, and we welcome your input as well into those decisions. You may also be asked to be a witness or to provide evidence in the case, although not all individuals who submit a consent form will be required to do so.

**Again, to join this case, you must return the enclosed consent form to the address**

**below no later than [Ninety days after notice mailing].** In the meantime, if you have any questions, do not hesitate to contact Plaintiff's counsel at the contact information below:

> LICHTEN & LISS-RIORDAN, P.C.
> 729 Boylston Street, Suite 2000
> Boston, MA 02116
> (617) 994-5800
> claims@llrlaw.com
> www.llrlaw.com

**This notice has been authorized by the United States District Court.** Please do not contact the court; you may contact the counsel listed above with any questions.

> Yours truly,
>
>
> Harold Lichten