# Exhibit B

<u>Grove v. Iowa Playhouse</u>
United States District Court for the Southern District of Iowa
Civil Action No. 1:20-cv-00027-SMR-CFB

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, <u>et seq.</u> I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2. I work/worked as an exotic dancer from on or about _____ to _____ at Iowa Playhouse, owned and managed by Ronald Bergeron and Michael Bergeron, located in Council Bluffs, Iowa.

3. During my employment, I was not classified as an employee, and I was not paid minimum wage, nor any wage, for my work and was required to pay fees in order to work, as well as to share my tips with non-tipped employees.

4. I hereby designate the law firms of Lichten & Liss-Riordan, P.C. and Rush & Nicholson P.L.C. to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _____   Date: _____

Name: _____

Address: _____

_____

Telephone: _____   E-Mail: _____

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
claims@llrlaw.com