# Exhibit C

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IOWA PLAYHOUSE, RONALD BERGERON and MICHAEL BERGERON,<br><br>Defendants. | CA NO. 1:20-CV-00027-SMR-CFB |

## DECLARATION OF ANDREA GROVE IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION

Andrea Grove, being duly sworn, states as follows:

1. I am an adult resident of Omaha, Nebraska.

2. I worked as an exotic dancer at Iowa Playhouse ("Playhouse") between August and October 2018, and auditioned at Amateur Night on July 1, 2020.

3. During my time working at Playhouse, I was classified as an independent contractor.

4. As an exotic dancer, I performed dances on-stage, one-on-one and in private rooms for Playhouse customers.

5. There were about 30 dancers at Playhouse on any given night, and about nine of these dancers were performing on stage for customers at any given time.

6. Based on my observations and conversations with other dancers, they were all classified as independent contractors, and were all subject to the same rules, requirements, and compensation structure set out by Playhouse.

1

7. Before performing at Playhouse, I was required to participate in Amateur night, during which I danced at Playhouse for a few hours. At the end of the night, a manager determined whether I could continue dancing at Playhouse. I did not receive any compensation for amateur night.

8. I was required to work a minimum of 3 shifts a week while working at Playhouse. Shifts started at 6PM and 8 PM. We were required to stay at Playhouse until the club closed – at 2 AM Tuesday-Thursday, and at 5AM Friday through Saturday.

9. If I was late, or did not show up for a shift I was scheduled for, I had to pay a fine to Playhouse.

10. For every night I worked at Playhouse, I was required to pay a house fee of about $45. I was also required to tip out staff members, including the manager, the DJ, and the bouncers.

11. I was required to go up on stage at intervals during my shift to perform a 45-minute "stage set" along with several other dancers. We had to keep dancing without stopping during these 45 minutes – I was reprimanded by a manager for stopping and leaving the stage early during one of my sets.

12. We were required to be nude within the first minute of our stage sets, and were required to put our clothes back on by a security table next to the stage.

13. If I was performing a private dance and it was my turn to go up on stage, a bouncer would find me and take me up to the stage.

14. I have witnessed Playhouse mangers reprimanding other dancers in the dressing room for violating Playhouse's rules, including the rules about stage sets.

15. Playhouse set the amounts customers paid for private dancers – on some nights, dancers were required to perform two-for-one dances for patrons. A set amount of the proceeds from each dance went to Playhouse. My only compensation was in the form of money paid by customers for dances – Playhouse did not pay me any wages.

Signed under the pains and penalties of perjury this 29 day of September, 2020.

*Andrea Grove*

Andrea Grove