# Exhibit D

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IOWA PLAYHOUSE, RONALD BERGERON and MICHAEL BERGERON,<br><br>Defendants. | CA NO. 1:20-CV-00027-SMR-CFB |

## DECLARATION OF LAURE-ANN FELLER-THOMS IN SUPPORT OF MOTION FOR CONDITIONAL CERTIFICATION

Laure-Ann Feller-Thoms, being duly sworn, states as follows:

1. I am an adult resident of Council Bluffs, Iowa.

2. I worked as an exotic dancer at Iowa Playhouse from the fall of 2017 to the spring of 2018. I performed dances onstage and private dances for Iowa Playhouse's customers.

3. During my time working at Iowa Playhouse, I was classified as an independent contractor.

4. I was required to work at least three shifts per week while working at Iowa Playhouse. I had to come in between 6 and 8 PM, and stay until the club closed, as late as 5 AM. If I was late for one of my shifts, or missed a scheduled shift, I had to pay a fine to Iowa Playhouse.

5. For each of my shifts, I had to pay a house fee of approximately $45 to Iowa Playhouse.

6. During each of my shifts, I was required to do a set of dances on stage when my name was called. I was required to continue dancing during this set, and had to take off my clothes within one minute of starting the set.

7. I also had to perform private dances for Iowa Playhouse's customers.

8. Iowa Playhouse determined the prices customers paid for these dances, and the amount which I could keep.

9. All my compensation was in the form of money paid by customers for private dances.

10. At the end of each of my shifts, I had to "tip out" the staff at Iowa Playhouse.

11. I was required to follow Iowa Playhouses' rules, including the various rules for stage performances, scheduling, and my outfits while performing on stage. I have witnessed other dancers who failed to follow the club's rules verbally reprimanded by the managers.

12. There were 20-30 other dancers working at Iowa Playhouse during my shifts. Based on my observations and conversations with them, these dancers had to follow the same rules and requirements, were also classified as independent contractors and also did not receive any wages from Iowa Playhouse.

Signed under the pains and penalties of perjury this 29 day of September, 2020.

*Laurel A Feller Thoms*
_____

Laure-Ann Feller-Thoms