# Exhibit E

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IOWA PLAYHOUSE, RONALD BERGERON and MICHAEL BERGERON,<br><br>Defendants. | CA NO. 1:20-CV-00027-SMR-CFB |

## [PROPOSED] ORDER

The Court, having reviewed Plaintiff's Motion for Notice to Be Issued to Similarly Situated Individuals and finding good cause therefor, hereby orders as follows:

(1) The following collective is hereby certified:

all individuals who have worked as exotic dancers for Iowa Playhouse between August 13, 2017 and the present and who were classified as independent contractors.

(2) within 14 days of the issuance of this Order, Defendants shall produce to Plaitiffs' Counsel a list of the names, last-known mailing and e-mail addresses, and telephone numbers for all individuals who currently work and/or previously worked for Iowa Playhouse as exotic dancers at any time in the last three years and were classified as independent contractors.

(3) Notice of this case shall issue to collective action members by first class mail, e-mail, and text message and by visibly posting the Notice on the premises of Iowa Playhouse in the form set forth in Exhibit A.

DATED:_____                    _____
                                          Stephanie M. Rose, District Judge