| UNITED STATES FEDERAL COURT SOUTHERN DISTRICT OF IOWA | | |
|---|---|---|
| **ANDREA GROVE**, individually and on behalf of all others similarly situated<br><br>Plaintiff, | ) ) ) ) ) ) | Case No, 1:20-CV-27-SMR-CFB |
| **BEER BARN CORPORATION, R& L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON, MICHAEL BERGERON, and LYNDA BERGERON**<br><br>Defendants, | ) ) ) ) | **DEFENDANTS' MOTION TO DISMISS OR ALTERANTATIVELY TO STAY PENDING ARBITRATION** |

Defendants Beer Barn Corporation, R&L B Corporation d/b/a Iowa Playhouse ("Playhouse"), Ronald Bergeron ("Ron"), Michael Bergeron ("Michael") and Lynda Bergeron Lynda(collectively "Defendants") Move for an order dismissing this action, or alternatively, staying this action while the parties are directed to arbitration.

In support of their motion, Defendants direct the Court's attention to the INDEPENDENT CONTRACTOR AGREEMENT FOR ENTERTAINERS PERFGORMING AT THE PERFGORMING ARTS CENTER, ("Independent Contractor Agreement") which was signed and dated by Plaintiff Andrea Grove on July 1, 2020. In the section captioned, **Miscellaneous,** at subparagraph D), immediately above the signature line where Andrea Grove's signature appears, the Independent Contractor Agreement provides as follows"

D) Any dispute that arises from this contract of from Entertainer performing at Center premises that cannot be settled through good faith negotiation shall be settled by arbitration, under arbitration laws for the State of Iowa. Entertainer and Center agree that the finding of arbitration is binding, and the further agree not to file any lawsuits before or after arbitration proceedings.

(White Declaration, Exhibit A, at p. 2). ``

WHEREFORE, Defendants submit that their Motion should be granted and this

matter dismissed with prejudice or alternatively, stayed, while the parties are directed to

arbitration.

DATE: <u>December 3,111 2020.</u>

> Beer Bar, R & LB Corporation d/b/a/ Iowa
> Playhouse, Ronald Bergeron,  Michael Bergeron,
> and Lynda Bergeron, Defendants
>
> BY: /s/ *Terry A. White.*
> Terry A. White  AT0009158
> CARLSON & BURNETT, LLP
> 2002 Douglas Street Suite 100
> Omaha, NE 68102
> (402) 682-8006
> Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I electronically filed the foregoing with
the Clerk of Court using the CM/ECF system, which will send notification of such filing to
the following:


nate@ruchnicholson.com

 and

hlichten@llrlaw.com
osavytska@llr.aw.com


> /s/ *Terry White*
> Terry A. White