# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEER BARN CORPORATION, R & L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON MICHAEL BERGERON, and LYNDA BERGERON,<br><br>Defendants. | CA NO. 1:20-CV-00027-SMR-CFB |

### DECLARATION OF ANDREA GROVE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY TO STAY PENDING ARBITRATION

Andrea Grove, being duly sworn, hereby states as follows:

1. My name is Andrea Grove. I am an adult resident of Omaha, Nebraska.

2. I worked as an exotic dancer at Iowa Playhouse ("Playhouse") between approximately August 2018 and October 2018, and returned to perform on amateur night on July 1, 2020.

3. When I came in to perform at Playhouse in 2020, the manager on duty required me to sign some papers before I started performing. This happened right as I came in, and I had just a few minutes to sign and get ready.

4. The manager simply told me I had to sign the papers in order to perform that night; he did not give any explanation of the papers, and did not mention anything about arbitration.

5. I did not have time to read or review the papers, and the manager did not give me a copy of them.

6. Over the past few years, I have been working as an exotic dancer. During the COVID-19 pandemic this year, clubs were closed for several months, and I have had no source of

1

income.

7. Since the clubs partially reopened this summer, I have not been able to work as many nights as usual. When I work, there are fewer customers than usual, and my take-home pay is lower than usual.

Signed under pains and penalties of perjury this ___ day of December, 2020.

*Andrea Grove*
_____

Andrea Grove

17