**UNITED STATES FEDERAL COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **ANDREA GROVE,** individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>BEER BARN CORPORATION, R& L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON, MICHAEL BERGERON, and LYNDA BERGERON<br><br>Defendants, | Case No, 1:20-CV-27-SMR-CFB<br><br>**DEFENDANTS INDEX OF EVIDENCE IN SUPPORT OF BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

Defendants submits this Index of Evidence in support of their his Brief in Opposition to Plaintiff's Motion to Compel (Filing No. 29.)

| Exhibit | Description |
|---|---|
| A | Declaration of Terry A. White |
| B | Declaration of Lynda Bergeron |
| C | Declaration of Michael Bergeron |

Date: <u>May 21, 2021.</u>     **Beer Barn Corporation, R & LB Corporation dba Iowa Playhouse, Ronald Bergeron, Michael Bergeron, and Lynda Bergeron**,

By:   <u>*/s/ Terry A. White*     </u>
Terry A. White, NE # 18282
CARLSON & BURNETT, LLP
2002 Douglas Street, Suite 100
Omaha NE 68102
Direct (402) 682-8006
Main (402) 934-5500 x120
Fax: (402) 934-5420
terry@carlsonburnett.com
www.carlsonburnett.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2021, I served the foregoing document by e-mail on counsel for the Defendant at the following address:

nate@ruchnicholson.com

 and

hlichten@llrlaw.com
osavytska@llr.aw.com

<u>*/s/ Terry A. White*     </u>
CARLSON & BURNETT

2