| UNITED STATES FEDERAL COURT SOUTHERN DISTRICT OF IOWA ||
|---|---|
| **ANDREA GROVE**, individually and on behalf of all others similarly situated.<br><br>Plaintiff, | Case No, 1:20-CV-27-SMR-CFB |
| **BEER BARN CORPORATION, R& L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON, MICHAEL BERGERON, and LYNDA BERGERON**<br><br>Defendants, | DECLARATION OF LYNDA BERGERON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO PLAINTIFFS' MOTION TO COMPEL |

I, Lynda Bergeron, having been sworn and placed under oath, state and declare as follows:

1. My name is Lynda Bergeron.

2. I am over the age of 18 and fully competent to make this Declaration.

3. I have personal knowledge of all facts stated in this Declaration.

4. This Declaration is submitted in connection with Defendants' Opposition to Andrea Grove's Motion to Compel.

5. I have no ownership interest in R&LB Corporation ("R&LB"). I own no stock in R&LB. My husband, Ronald Bergeron ("Ron") is the sole owner of all stock in R&LB.

6. I am one of the directors of R & L B Corporation. I am also the secretary of R&LB., but do not have an ownership interest in R&LB.

7. R&LB has a legally registered fictious name of "Performing Arts Center." The Performing Arts Center is commonly referred to as Playhouse Theatre or simply as the Playhouse (hereinafter "Playhouse Theatre").

8. I have a degree as a registered nurse and worked for many years in the private sector as a registered nurse. . I completed my nursing education at the College of St. Mary in Omaha, Nebraska, and first was licensed as a registered nurse in the State of Nebraska in 1986. I continued my work in the nursing field until approximately 2008. At that time, I decided to devote my time to raising our children and caring for our family.

9. Since at least August 2019, I have assisted with the running the Playhouse Theatre because of the medical condition of my husband, Ron.

10. I visited the Playhouse office and garage in August 2019 and first observed that the office and surrounding area contained a large number of Playhouse Theatre documents, including confidential personal provided to the Playhouse by performers, including copies of social security cards, identification cards such as drivers licenses, and address information.

11. I immediately was concerned about the Playhouse possessing the performer personal confidential information and having that information available in the Playhouse Theatre's office. My concern was based on two separate issues: -- (1) protection of the performer's personal data, and (2) Ron's ability to safeguard that data because Ron was already under medical care at the University of Nebraska Medical Center for Alzheimer's disease and potential dementia. I had previously taken Ron to our family medical provider because I observed him experiencing memory problems, forgetfulness, confusion, and having difficulty completing normal, routine tasks he had completed before. I had seen Ron misplacing items and not being able to retrace his steps or recall where he had

left the missing materials. I again contacted our family medical provider who referred Ron to a specialist at UNMC, and he was able address and treat Ron's Alzheimer's disease and dementia.

12. During this same time frame, August 2019, my immediate concern was that Ron was not maintaining either the Playhouse Theatre's information or the performer's personal confidential information in an organized, secure manner. I feared that keeping the performers' confidential person information at the Playhouse was not safe. I knew the performers wanted their personal information, including their contact information, kept confidential because many of the performers operate under "stage" or assumed names, rather than using their "true" or "given" names.

13. To make sure we were following the applicable financial and tax obligations applicable to performers' personal confidential contact information, I contacted R & LB's corporate accountant, Shawn McDonald, who practices at Anderson Schlautman, PC, Omaha Nebraska. I asked for advice on the issue of the R &:LB's obligation to retain personal confidential information for the independent contractors who performed as licensees /lessees at the Playhouse Theatre.

14. I learned that Playhouse Theatre had and has no financial obligation to collect or maintain personal confidential information for the performers who had all opted to be treated as independent contractors because they wanted to be treated as licensees or space lessees at the Playhouse Theatre, not as employees, All of the performers who performed their acts that Playhouse Theatre had elected to be treated as independent contractors/licensee/lessees.

15. I understand R & L B is not required to provide performers with any federal fax forms (specifically a Form 1099) because the Playhouse did not pay any of its performers. I also learned that only independent contractors who are paid more than $600 during the subject tax year are due a Form 1099. Playhouse Theatre does not pay performers any amount that would require a Form 1099.

16. Based on this information, the Playhouse adopted a corporate policy and practice specifically aimed at protecting the personal and confidential identifying information of the individuals who perform at the Playhouse Theatre

17. I knew R & L B cold not simply put the performers' confidential personal information in the Playhouse trash because third parties, who are unassociated with the Playhouse, regularly comb through the Playhouse trash after each weekend to locate and gather Iowa recyclable soda, beer, or other cans and bottles, so they can collect the $0.05 deposit for such recyclable containers

18. I feared that third parties would engage in identity theft or illegally use the personal confidential information if it were not completely destroyed. .

19. In addition, the only document shredder available at the Playhouse did not shred materials in small enough pieces to make the information on the documents unreadable or undiscoverable. Based on this information, I decided the only safe means of protecting the performers' confidential personal information previously provided to R & L B was to destroy that information. R&LB adopted a policy of burning performer documents containing personal confidential information , including all documents Ron had collected in the past. This policy was adopted

to safely dispose of the information for which the Playhouse had no need or obligation to retain.

20. In addition, Playhouse Theatre did not and does not have any reason to gather and maintain personal, confidential contact information for performers because the Playhouse did not and to this day does not contact performers for scheduling purposes or other reasons. As independent contractors /licensees, the performers are the only ones who decide on their performance schedules, specifically the days, dates, and times they wish to perform their acts. The performer is the only person or entity who decides if or when the performer is going to perform.

21. Since August 2019, my son, Michael Bergeron, has helped with some of day-to-day jobs that need to be done the Playhouse Theatre. One job he performs is reviewing performer paperwork to determine if the performer's age.

22. Until Playhouse Theatre and the other Defendants were served a copy of Andrea Grove's lawsuit, I had no idea that there was a lawsuit any performer was preparing to file against Playhouse Theatre or any of the Defendants.

23. My son Mike assisted me with extensive searches the Playhouse Theatre office and storage areas for data, documents, and all forms of contact information for performers who have performed at the Playhouse.. Playhouse Theatre has produced the only information we located.

Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   May 21, 2021.

*Lynda Bergeron*
Lynda Bergeron

6

## CERTIFICATE OF SERVICE

I certify that on May 21, 2021, I electronically filed the foregoing using the Court's CM/ECF filing system which I automatically sends notice of filing to the following:

nate@ruchnicholson.com

and

hlichten@llrlaw.com
osavytska@llr.aw.com

                                                s/ *Terry A. White*
                                                Terry A. White