| UNITED STATES FEDERAL COURT SOUTHERN DISTRICT OF IOWA ||
|---|---|
| **ANDREA GROVE**, individually and on behalf of all others similarly situated<br><br>Plaintiff, | Case No, 1:20-CV-27-SMR-CFB |
| **BEER BARN CORPORATION, R& L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON, MICHAEL BERGERON, and LYNDA BERGERON**<br><br>Defendants, | DECLARATION OF MICHAEL BERGERON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO PLAINTIFFS' MOTION TO COMPEL |

I, Michael Bergeron, having been sworn and placed under oath, state and declare as follows:

1. My name is Michael Bergeron, and I am the son of Lynda and Ron Bergeron.

2. I am over the age of 18 and fully competent to make this Declaration.

3. I have personal knowledge of all facts stated int his Declaration.

4. This Declaration is submitted in connection with Defendants' Opposition to Andrea Grove's Moto in to Compel .

5. Since August 2019, I have assisted my Mother, Lynda Bergeron, with a variety of jobs at the Playhouse Theatre, which my Father owns. At most, I help out for approximately 15 hours per week.

6. Prior to August 2019, I was pursuing my education in the "Recovery Field," in order to help people out of generational poverty, addiction, and abuse. When I learned that my Father had been examined for and diagnosed with Alzheimer's disease and dementia, I moved back to the Council Bluffs, Iowa area to assist my Mother with any jobs I could do to help her with the Playhouse Theatre.

**EXHIBIT C**

7. I assisted my Mother with extensive searches for data, documents, and all forms of contact information for performers who have performed at the Playhouse.. Playhouse Theatre has produced the only information we located.

8. The Playhouse Theatre has always tried to protect performer identities because many performers informed the Playhouse Theatre that they were appearing under stage names, not their given names. Since August 2019, the Playhouse Theatre has had a specific practice aimed at protecting performer's identities, particularly their confidential personal identifying information at its Theatre. This practice was put in place when my Mother discovered that my father had accumulated pieces of private, personal details from individual performers.

9. In August 2019, I went with my Mother to the Playhouse Theatre office area and garage, and we discovered that my father was not storing any of the Playhouse Theatre records in an organized and secure manner. Among the disorganized documents we discovered were performers' personal identifying information, including copies of social security cards, Identification including drivers licenses addresses, and banking other information pertaining only to the Playhouse Theatre.

10. My Mother immediately was concerned because my Father was already under medical care for Alzheimer's and potential dementia issues. I knew my Mother had already taken him to our family medical provider because of his possible dementia and/or Alzheimer's disease. I also observed my Father having memory problems such as forgetfulness, confusion, and having difficulty completing normal; routine tasks he had completed before, and that he was misplacing

items and not being able to retrace his steps or recall where he had left the missing materials.

11. My Mother discussed with me her concerns about the Playhouse Theatre's possession of the performers' personal confidential information. We were both highly concerned about the safety of simply throwing away the volume of confidential materials pertaining to the performers because third parties, not associated with the Playhouse, regularly comb through the Playhouse trash each weekend to gather beverage recyclable such as soda, beer, or other cans and bottles to collect the Iowa deposit for these items.

12. We had already learned that my father was not maintaining any of the Playhouse Theatre records, including performer personal confidential information, in an organized, secure manner, making the performer's confidential person information in the Playhouse Theatre's trash susceptible to theft or illegal use by the can collectors who go through the Playhouse trash for recyclables on a weekly basis.

13. Because of these many concerns, my mother contacted Playhouse Theatre's accountant to learn what confidential personal information the Playhouse Theater was required by law to keep on file and maintain with respect to performers who did their acts at the Playhouse Theatre.. She learned that Playhouse Theatre had no legal obligation to provider performers with federal fax forms (like, for example, a Form 1099) because the Playhouse did not pay the performers, who had all elected to be classified as licensees and space lessees, with more than $600 during the subject tax year.

3

14. In addition, I knew that the Playhouse Theatre did not and does not have any other reason to contact performers and thus did not have an ongoing need for the performers' personal contact information. This is because the Playhouse did not and does not contact performers for scheduling purposes or any other reason. The performers are the one who control their own schedules, particularly when they choose to perform, including the days, dates, and times of their performances.

Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:   May 20, 2021.

Michael Bergeron

## CERTIFICATE OF SERVICE

I certify that on May 20, 2021, I electronically filed the foregoing using the Court's CM/ECF filing system which I automatically sends notice of filing to the following:

nate@ruchnicholson.com

and

hlichten@llrlaw.com
osavytska@llr.aw.com

s/ Terry A. White
Terry A. White