IN THE UNITED STATES DISTRICT COURT
FOR THE Southern    DISTRICT OF IOWA
Western    DIVISION

Andrea Grove_____,    )
                                     )
            Plaintiff(s),            )        NO.  1:20-cv-00027_____
                                     )
    vs.                              )
                                     )
Beer Barn Corp. et al._____,   )        **SCHEDULING ORDER AND**
                                     )        **DISCOVERY PLAN**
            Defendant(s).            )

Counsel have conferred and submit the following case information and proposed dates for case management:

1.    Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  _ ✔ _ yes _____ no
      *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:    June 7, 2021

2.    Deadline for motions to add parties:    August 3, 2021

3.    Deadline for motions to amend pleadings:    August 3, 2021

4.    Expert witnesses disclosed by:  a) Plaintiff:  N/A
                                      b) Defendant:
                                      c) Plaintiff Rebuttal: N/A

5.    Deadline for *completion* of discovery:  November 3, 2021

6.    Dispositive motions deadline (*at least 120 days before Trial Ready Date*): December 3, 2021

7.    Trial Ready Date (*at least 120 days after Dispositive Motions Date*): April 4, 2022

8.    Has a jury demand been filed?  _____ yes  _ ✔ __ no

9.    Estimated length of trial:    5    days

10.   Settlement conference (choose one of the following):  (a) _ ✔ _ A court-sponsored settlement conference should be set by the court at this time for a date after: August 3, 2021    ; or
      (b) __  __ A court-sponsored settlement conference is not necessary at this time.

11.   Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?    ✔ yes    _____ no

12.   Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals?  28 U.S.C. § 636(c).
                              _____ yes    _ ✔ __ no


Olena Savytska_____        Terry White_____
Attorney for Plaintiff(s):             Attorney for Defendant(s):
Address:  729 Boylston Street, Ste. 2000    Address: O2002 Douglas Street, Ste. 2000
Boston, MA 02116                       Omaha, NE 68102

Telephone: 617-994-5800                Telephone: (402) 682-8006

Facsimile:  617-994-5801               Facsimile:

E-mail address: osavytska@llrlaw.com   E-mail address: terry@carlsonburnett.com

_____
Attorney for Third-Party Defendant\Other:

Address:

Telephone:

Facsimile:

E-mail address:

## JUDGE'S REVISIONS

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan
_____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

____    will not be scheduled at this time.

____    will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ____.m.

____    will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ____.m.

**DATED** this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE