| UNITED STATES FEDERAL COURT <br> SOUTHERN DISTRICT OF IOWA ||
|---|---|
| ANDREA GROVE, individually and on behalf of all others similarly situated <br><br> Plaintiff, | Case No. 1:20-CV-27 |
| BEER BARN CORPORATION, R& L B CORPORATION d/b/a IOWA PLAYHOUSE, RONALD BERGERON, MICHAEL BERGERON, and LYNDA BERGERON <br><br> Defendants, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**. " |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrea Grove, *et al* and Defendants Beer Barn Corporation, R&LB Corporation d/b/a Iowa Playhouse, Ronald Bergeron, and Michael Bergeron, hereby stipulate that all claims and counterclaims in the above-captioned action have been mediated and settled. Thus, the parties jointly request that his case be dismissed, with prejudice and the file closed, each party shall bear its own costs, expenses, and attorneys' fees.

Date: September 26, 2022.

                                                */s/ Terry A. White*
                                                Terry A. White, NE # 18282
                                                BURNETT WILSON LAW, LLP
                                                17525 Arbor Street
                                                Omaha NE 68139
                                                Direct (402) 682-8006
                                                Main (402) 934-5500 x120
                                                Fax: (402) 934-5420
                                                terry@burnettwilsonlaw.com
                                                www.burnettwilsonlaw.com
                                                *Attorney for Defendants*

                                                -and-

/s/Olena Savytska
Olena Savytska
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02166
T: 617-994-5800
F: 617-994-5801
www.llrlaw.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on September 26, 2022, I served a copy of the foregoing document on the following via e-mail:

nate@ruchnicholson.com

and

hlichten@llrlaw.com
osavytska@llrlaw.com

/s/ Terry A. White